# EXHIBIT A

Angelito C. Mercado            Civil Plainary

03C01-2102-PL-749

v.

Columbus Regional Hospital
DR. LoCOH' Donou

FILED
FEB 08 2021
CLERK
BARTHOLOMEW CO COURTS

### APPEARANCE

Comes now Angelito C Mercado MAKES AN Appearance Pro Se in the above stated Action. So said And filed this 25t day of february 2021

*Angelito C Mercado* (signature)

Angelito C. Mercado

Civil Plinary

03C01-2102-PL-749

v.

Columbus Regional Hospital
Dr. Locoh'Donou

FILED
FEB 08 2021
CLERK
BARTHOLOMEW CO COURTS

## Complaint

Parties:

Plaintiff Angelito C. Mercado is a Citizen of Indiana and resides at 543 2nd Street Columbus, Indiana 47201

Defendants Columbus Regional Hospital and Dr. Locoh'Donou are employed by Columbus Regional Hospital 2400 17th Street Columbus, Indiana 47201

03C01-2102-PL-749



FILED FEB 08 2021 CLERK BARTHOLOMEW CO COURTS

## Statement of Claim

Plantiff Angelito C. Mercado brings suit against the named defendants for violation of state law, and violation of Federal law under 42 USC Section 1983 of the United States Constitution.

On July 15th 2020 the Plantiff was arrested by the Columbus Police Department, and taken to Columbus Regional Hospital. While in the emergency room the Plantiff was asked by an officer to to a Covid test. The Plantiff refused without a search warrant. The Plantiff was put in a choke hold by one of the officers who then ordered Dr. Locoh'donou to swab the Plantiff's nose for the Covid test. The Plantiff told Dr. Locoh'Donou he had a right not to have his DNA or any bodily fluids from his body taken for any test without a warrant. The doctor asked the officer if he wanted him to still swab the Plantiff, and the officer said "Do it". The Plantiff struggled, and the doctor swabbed blood from the Plantiff's nose. The Plantiff told the doctor he swallowed narcotic drugs. But the doctor failed to treat the Plantiff, or check for drugs inside the Plantiff. Officers then ordered the doctor shoot the Plantiff "up with something to calm him down", and the doctor injected the Plantiff with an unknown drug without any regard that it could counteract with the narcotics in his system and kill the Plantiff.

Dr. Locoh'Donou was intertwined with state actors and taking orders to violate the plantiffs civil rights making him under the Color of Law and liable for damages under 42 USC Section 1983.

Plantiff charges Dr. Locoh'Donou with,

    Count 1 - Illegal Search and Seizure
    Count 2 - Violation of Due Process
    Count 3 - Failure to Intervene
    Count 4 - Deliberate Indifference
    Count 5 - Violation of Equal Protection Law
    Count 6 - Negligence
    Count 7 - Intentional Infliction of Emotional Distress
    Count 8 - Violation of Reasonable Duty of Care
    Count 9 - Conspiracy

Plantiff charges Columbus Regional Hospital with a Superior Respondent claim and being responsible for their employee's conduct who violated state law, and the civil rights of the Plantiff by Dr. Locoh'Donou who is employed by the Columbus Regional Hospital.

Plantiff charges Columbus Regional Hospital with,

    Count 1 - Negligence
    Count 2 - Respondent Superior Liability
    Count 3 - Intentional Infliction of Emotional Distress

All claims causing loss of liberty, Emotional Distress, Mental Anguish, Pain and Suffering.

Plantiff make a Jury Trial Demand

Plantiff is suing for violation of federal law 28 USC 1331

## Prayer for Relief

Plantiff request $100,000.00 from all Defendants.

So said and filed this 1st day of February 2021

Angelito C. Mercado           Civil Plenary

03C01-2102-PL-749

v.

FILED
FEB 08 2021
CLERK
BARTHOLOMEW CO COURTS

Columbus Regional Hospital,
Dr. Jacoh'Donou

## motion for fee waiver

Comes now Plaintiff Angelito C. Mercado Pleads to the Court and files a motion for fee waiver in the above stated action. So said and filed this 2nd day of febuary 2021

*/s/ Angelito C. Mercado*

03C01-2102-PL-749

**FILED FEB 08 2021** CLERK BARTHOLOMEW CO COURTS

## Affidavit of Indigency

I Angelito C. Mercado swear and affirm under the penalty of Perjury that I am unemployed, have no Income, own no Bank accounts or Stocks and Bonds, have nothing of value and therefore am Indigent. Affiant has no money in his Jail Trust Account. So Said and Sworn this 1st Day of February 2021

Plaintiff: Angelito Mercado     Bartholomew Sup. Court     Civil Plinary

543 2nd

Columbus, Ind 47201        03C01-2102-PC-749

Summons

Defendants: Columbus Regional Hospital     XXX

DR. LOCOH' DONOU

2400 17th Street

Columbus, Ind 47201

FILED FEB 08 2021   CLERK BARTHOLOMEW CO COURTS

Serve: Columbus Regional Hospital

To: DR. LOCOH' DONOU

2400 17th Street

Columbus, Ind 47201

Serve Summons on behalf of: Angelito C. Mercado

543 2nd

Columbus, Ind 47201

Plaintiff Angelito C. Mercado To the named Defendants you are hereby Being Sued in the Court stated above. Failure to Answer the Complaint Could result in Default Judgment against you.

*[signature]*

2-1-21

| | | |
|---|---|---|
| STATE OF INDIANA | | IN THE BARTHOLOMEW CIRCUIT COURT |
| | SS: | |
| COUNTY OF BARTHOLOMEW | | CAUSE NO: 03C01-2102-PL-749 |

ANGELITO C. MERCADO,
    Plaintiff,

V.S.

COLUMBUS REGIONAL HOSPITAL
DR. LOCOH 'DONOU,
    Defendants

## ORDER OF RECUSAL

    Comes now the Court and recuses itself from the jurisdiction of this matter due to a conflict of interest.

    Pursuant to Local Rule 03-TR79-1, the parties are given seven (7) days to agree to the appointment of a special judge. If no submission of an agreed judge is made within seven (7) days, the Bartholomew County Clerk shall then assign the case to the first available judge.

    ALL OF WHICH IS ORDERED: February 9, 2021.

                                                   Kelly S. Benjamin, Judge<sup>TJ</sup>
                                                   Bartholomew Circuit Court

Copies:

Angelito Mercado
c/o Barth Co Jail
543 Second Street
Columbus, IN 47201

Columbus Regional Hospital
2400 17th Street
Columbus, IN 47201

Dr. Locoh Donou
2400 17th Street
Columbus, IN 47201

Angelito Mercado                              03C01-2102-PL-749

v.

Columbus Regional Hospital
        ET. Al

FILED
FEB 19 2021
CLERK
BARTHOLOMEW CO. COURTS

## Submission of agreed Judge

Comes now Plantiff Angelito C. Mercado submits his request for agreed Judge in the about stated cause. Plantiff agrees to the Honorable Judge Lance Hamner Supea Court 3 Johnson County. So said and submitted this 15th day of febuary 2021

*(signature)*

Angelits Mercado
543 2nd
Col, Ind
47201

INDIANAPOLIS IN 460

17 FEB 2021 PM 6 L

Honorable Judge Benjamin
Circuit Court 1
234 Washington
Columbus, Ind
47201

47201-57054

Inmate Mail
Not Responsible for Contents
Bartholomew County Jail
543 2nd Street
Columbus, IN 47201